# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:
- **Debtor:** CHRISTINE POPE
- **Case Number:** 18-24962-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 18, 2020  10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:
#27 Trustee's Certificate of Default Requesting Dismissal of Case
#30 Amended Plan dated 2/7/2020
R / M #:  27 / 0

### Appearances:
- **Debtor:** Brennan
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:**

PLEASE SUBMIT CONFIRMATION ORDER

### Proceedings:
**Outcome:**
1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
6/24/20 8:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/12/2020  11:08:39 AM