**PROCEEDING MEMO**

**Date: 04/27/2021 01:30 pm**

**In re:    Christine Pope**

          **Bankruptcy No. 18-24962-CMB**
          **Chapter: 13**
          **Doc. #38**

**Appearances: Matthew Brennan, Owen Katz**

**Nature of Proceeding: #38 Rule to Show Cause**
          **re Notice of Mortgage Payment Change**

**Additional Pleadings: Notice of Mortgage Payment Change**

**Judge's Notes:**
-Brennan: Debtor doesn't want to continue with Chapter 13 case. Won't object to motion to dismiss case.
-Katz: Request dismissal of case based on Debtor's intent to not make future payments and lack of payments since February.
OUTCOME: Case dismissed without prejudice based on Trustee's request to dismissal and lack of payments by Debtor. Order will be entered.

          **Carlota Böhm**
          **Chief U.S. Bankruptcy Judge**

FILED
4/27/21 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA